[No. 9590–8–III.   Division Three.   February 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ELLA
SISTRUNK, *Appellant.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 88–1–00012–1, Willard A. Zellmer, J., entered September 29, 1988. *Reversed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Green, J.

[No. 9806–1–III.   Division Three.   February 8, 1990.]

HAROLD L. TRACY, *Appellant,* v. THE MEDICAL
DISCIPLINARY BOARD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 87–2–00262–1, James R. Thomas, J., entered January 13, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 9879–6–III.   Division Three.   February 8, 1990.]

DENNIS P. HUMRICH, ET AL, *Plaintiffs,* LYDIG CONSTRUC-
TION, INC., *Respondent,* v. L.A.C. DRYWALL, INC.,
*Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84–2–03182–9, John A. Schultheis, J., entered February 16, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.